**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIELA ROXANA VERDECIA-GOMEZ,

Petitioner,

v. No. 2: 26-cv-01584-MLG-JMR

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

This matter is before the Court on Petitioner Daniela Roxana Verdecia-Gomez's Unopposed Motion to Withdraw Petition for Writ of Habeas Corpus as Moot. Doc. 11 Petitioner filed her Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 on May 18, 2026, challenging her physical confinement at the Otero County Processing Center and seeking release from custody. Doc. 1.

On September 10, 2026, Respondents filed a Status Report advising that Petitioner was released from the Otero County Processing Center on or about August 5, 2026. Doc. 9. Petitioner represents that, having obtained the relief the Petition sought, no live controversy remains, and asks to withdraw the Petition without prejudice. Respondents do not oppose.

Having considered the Motion and the record, the Court finds that Petitioner is no longer in Respondents' custody, that no further relief remains available in this proceeding, and that the Petition is moot.

Accordingly, the Court hereby grants Petitioner's Unopposed Motion to Withdraw Petition for Writ of Habeas Corpus as Moot. Doc. 11. It is further ordered that the Petition for Habeas

Corpus, Doc. 1, is withdrawn and action is dismissed without prejudice, and Respondents' Opposed Motion to Dismiss for Lack of Jurisdiction, Doc. 5, is denied as moot.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA